# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VICTOR HAYDEN,<br><br>      Plaintiff,<br>v.<br><br>FCA US LLC,<br><br>      Defendant. | Case No. 15-CR-585-JPS<br><br><br><br>ORDER |

The parties in this matter jointly requested referral to mediation on January 21, 2016. (Docket #22). To that end, the parties appeared before Magistrate Judge David Jones on February 12, 2016, which resulted in final resolution of the plaintiff's claims. (Docket #28). However, following that negotiated resolution, the plaintiff expressed dissatisfaction with the settlement. (Docket #30). Magistrate Judge Jones conducted a status conference on April 20, 2016, to attempt to resolve the remaining disputes. (Docket #31).

Despite the plaintiff's refusal to sign the written memorialization of the parties' settlement agreement, Magistrate Judge Jones issued a report and recommendation on April 29, 2016, in which he recommends that the Court order enforcement of the parties' settlement agreement. (Docket #32). In the alternative, Magistrate Judge Jones recommended that the Court equitably estop Mr. Hayden from pursuing his claims in this matter. (Docket #32).

In his report, Magistrate Judge Jones notified the parties that pursuant to Civil Local Rule 72(c) and 28 U.S.C. § 636(b)(1)(B), written objections to any recommendation, or part thereof, could be filed within fourteen days. To date, however, neither of the parties have filed any such objection.

The Court has considered Magistrate Judge Jones' report and recommendation and agrees, for the reasons stated therein, that the parties' settlement agreement must be enforced. (Docket #32). This action will, therefore, be dismissed with prejudice and without costs to either party.

Accordingly,

IT IS ORDERED that Magistrate Judge David Jones' report and recommendation (Docket #32) be and the same is hereby ADOPTED; and

IT IS FURTHER ORDERED that, consistent with the Court's adoption of Magistrate Judge Jones' report and recommendation, the parties' settlement agreement shall be enforced and that this action be and the same is hereby DISMISSED with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 17th day of May, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge